Sara Frankenstein
Rebecca L. Mann
P.O. Box 8045
Rapid City, SD  57709
E-mail:  sfrankenstein@gpnalaw.com
          rmann@gpnalaw.com
Telephone: (605) 342-1078
Telefax:  (605) 342-0480
Attorneys for County Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARK WANDERING MEDICINE, HUGH CLUB FOOT, CHARLES BEAR COMES OUT, WINFIELD RUSSELL, JAMES DAY CHILD, WOODROW BRIEN, SARAH STRAY CALF, MARTY OTHER BULL, NEWLYN LITTLE OWL, DONOVAN ARCHAMBAULT, ED MOORE, PATTY QUISNO, and MICHAEL D. FOX,      ) ) ) ) ) ) ) ) ) ) ) | Case No.: CV 12-135-BLG-DWM |
| Plaintiffs,      ) ) ) | **STIPULATED MOTION TO DISMISS** |
| v.      ) ) | |
| LINDA MCCULLOCH, in her official capacity as Montana Secretary of State, GERALDINE CUSTER, in her official capacity of Rosebud County Clerk and Recorder, Rosebud County, ROBERT E. LEE, DOUGLAS D. MARTENS, and ED JOINDER, in their official capacity as members of the County Board of Commissioners for Rosebud County, Montana, SANDRA L. BOARDMAN, in her official capacity of Blaine County Clerk and Recorder, Blaine County,      ) ) ) ) ) ) ) ) ) ) ) ) ) | |

772686 / 11125.0002

CHARLIE KULBECK, M. DELORES           )
PLUMAGE and FRANK DEPRIEST, in        )
their official capacity as members of the )
County Board of Commissioners for     )
Blaine County, Montana, DULCIE BEAR   )
DON'T WALK, in her official capacity of )
Big Horn County Election Administrator, )
Big Horn County, SIDNEY               )
FITZPATRICK, JR., CHAD FENNER,        )
and JOHN PRETTY ON TOP, in their      )
official capacity as members of the   )
County Board of Commissioners for Big )
Horn County, Montana, and KIMBERLY    )
YARLOTT, in her official capacity of Big )
Horn County Clerk and Recorder, Big   )
Horn County,                          )
                                      )
        Defendants.                   )
                                      )
                                      )

        The above-named parties, by and through their respective undersigned

counsel of record, hereby jointly move the Court for an Order dismissing this

action with prejudice and with all parties bearing their own costs and attorneys'

fees.

        WHEREFORE, the parties hereby request that the Court enter an Order

dismissing this action with prejudice, with all parties to bear their own costs and

attorneys' fees.

Date: _____


_____
Jorge A. Quintana
Attorney for MT Secretary of State
P.O. Box 202801
Helena MT 59620
jquintana@mt.gov

Date:   _July 10, 2014_


_Sara Frankenstein_
Sara Frankenstein
Attorney for County Defendants
P.O. Box 8045
Rapid City, SD 57701
sfrankenstein@gpnalaw.com

Date: _July 10, 2014_

_C. Kristine White_
Kristine White
Attorney for Rosebud County
P.O. Box 69
Forsyth MT 59327
ck.white@rosebudcountymt.com

5

Date: July 10, 2014

Donald A. Ranstrom
Attorney for Blaine County Attorney
P.O. Box 1567
Chinook, MT 59523
dranstrom@co.blaine.mt.gov

Date: July 10, 2014

Lance A. Pedersen
Attorney for Big Horn County
P.O. Box 908
Hardin, MT 59304
lpedersen@co.bighorn.mt.us

Date:   07/10/14

Steven D. Sandven
Steven D. Sandven Law Offices
3600 South Westport Avenue, Suite 200
Sioux Falls, SD 57104
ssandvenlaw@aol.com

8

Date: 7/10/2014

Alex Rate
Rate Law Office, P.C.
P.O. Box 1387
Livingston, MT 59047
alex@ratelawoffice.com