IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARK WANDERING MEDICINE, HUGH CLUB FOOT, CHARLES BEAR COMES OUT, WINFIELD RUSSELL, JAMES DAY CHILD, WOODROW BRIEN, SARAH STRAY CALF, MARTY OTHER BULL, NEWLYN LITTLE OWL, DONOVAN ARCHAMBAULT, ED MOORE, PATTY QUISNO, and MICHAEL D. FOX,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCCULLOCH, in her official capacity as Montana Secretary of State, GERALDINE CUSTER, in her official capacity of Rosebud County Clerk and Recorder, Rosebud County, ROBERT E. LEE, DOUGLAS D. MARTENS, and ED JOINDER, in their official capacity as members of the County Board of Commissioners for Rosebud County, Montana, SANDRA L. BOARDMAN, in her official capacity of Blaine County Clerk and Recorder, Blaine County, CHARLIE KULBECK, M. DELORES PLUMAGE and FRANK DEPRIEST, in their official capacity as members of the County Board of Commissioners for Blaine County, Montana, DULCIE BEAR DON'T WALK, in her official capacity of Big Horn County Election Administrator, Big Horn County, SIDNEY FITZPATRICK, JR., CHAD FENNER, and JOHN PRETTY ON TOP, in their | Case No.: CV 12-135-BLG-DWM<br><br>**ORDER** |

772686 / 11125.0002

| | |
|---|---|
| official capacity as members of the | ) |
| County Board of Commissioners for Big | ) |
| Horn County, Montana, and KIMBERLY | ) |
| YARLOTT, in her official capacity of Big | ) |
| Horn County Clerk and Recorder, Big | ) |
| Horn County, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

All parties move to dismiss the plaintiffs' claims against all defendants with prejudice and without fees or costs to any party.

Good cause appearing, it is hereby

ORDERED that the plaintiffs' claims against all defendants are dismissed with prejudice and without fees or costs to any party.

Dated this ____ day of July, 2014.

                                        BY THE COURT:

                                        _____