Sara Frankenstein
Rebecca L. Mann
P.O. Box 8045
Rapid City, SD  57709
E-mail:  sfrankenstein@gpnalaw.com
        rmann@gpnalaw.com
Telephone: (605) 342-1078
Telefax:  (605) 342-0480
Attorneys for County Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARK WANDERING MEDICINE, HUGH CLUB FOOT, CHARLES BEAR COMES OUT, WINFIELD RUSSELL, JAMES DAY CHILD, WOODROW BRIEN, SARAH STRAY CALF, MARTY OTHER BULL, NEWLYN LITTLE OWL, DONOVAN ARCHAMBAULT, ED MOORE, PATTY QUISNO, and MICHAEL D. FOX,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCCULLOCH, in her official capacity as Montana Secretary of State, GERALDINE CUSTER, in her official capacity of Rosebud County Clerk and Recorder, Rosebud County, ROBERT E. LEE, DOUGLAS D. MARTENS, and ED JOINDER, in their official capacity as members of the County Board of Commissioners for Rosebud County, Montana, SANDRA L. BOARDMAN, in her official capacity of Blaine County Clerk and Recorder, Blaine County, | Case No.: CV 12-135-BLG-DWM<br><br>**STIPULATED MOTION TO DISMISS** |

772686 / 11125.0002

| | |
|---|---|
| CHARLIE KULBECK, M. DELORES PLUMAGE and FRANK DEPRIEST, in their official capacity as members of the County Board of Commissioners for Blaine County, Montana, DULCIE BEAR DON'T WALK, in her official capacity of Big Horn County Election Administrator, Big Horn County, SIDNEY FITZPATRICK, JR., CHAD FENNER, and JOHN PRETTY ON TOP, in their official capacity as members of the County Board of Commissioners for Big Horn County, Montana, and KIMBERLY YARLOTT, in her official capacity of Big Horn County Clerk and Recorder, Big Horn County,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The above-named parties, by and through their respective undersigned counsel of record, hereby jointly move the Court for an Order dismissing this action with prejudice and with all parties bearing their own costs and attorneys' fees.

WHEREFORE, the parties hereby request that the Court enter an Order dismissing this action with prejudice, with all parties to bear their own costs and attorneys' fees.

2

Date: 7-11-14

*[signature]*
Jorge A. Quintana
Attorney for MT Secretary of State
P.O. Box 202801
Helena MT 59620
jquintana@mt.gov

3