IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARK WANDERING MEDICINE, HUGH CLUB FOOT, CHARLES BEAR COMES OUT, WINFIELD RUSSELL, JAMES DAY CHILD, WOODROW BRIEN, SARAH STRAY CALF, MARTY OTHER BULL, NEWLYN LITTLE OWL, DONOVAN ARCHAMBAULT, ED MOORE, PATTY QUISNO, and MICHAEL D. FOX,<br><br>        Plaintiffs,<br><br>  vs.<br><br>LINDA MCCULLOCH in her official capacity as Montana Secretary of State, GERALDINE CUSTER, in her official capacity of Rosebud County Clerk and Recorder, Rosebud County, ROBERT E. LEE, DOUGLAS D. MARTENS, and ED JOINDER, in their official capacity as members of the County Board of Commissioners for Rosebud County, Montana, SANDRA L. BOARDMAN, in her official capacity of Blaine County Clerk and Recorder, Blaine County, CHARLIE KULBECK, M. DELORES PLUMMAGE and FRANK DEPRIEST in their official capacity as members of the County Board of Commissioners for Blaine, County, Montana, DULCE BEAR | CV 12–135–BLG–DWM<br><br>ORDER |

DON'T WALK, in her official capacity of Big Horn County Election Administrator, Big Horn County, and SIDNEY FITZPATRICK, JR., CHAD FENNER, JOHN PRETTY ON TOP, in their official capacity as members of the County Board of Commissioners for Big Horn County, Montana,

                    Defendants.

The parties having filed a joint motion for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the parties' motion (Doc. 221) is GRANTED. The above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own fees and costs. All pending motions are MOOT and all deadlines are VACATED.

Dated this 11d day of July, 2014.

                    _____
                    Donald W. Molloy, District Judge
                    United States District Court